IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>*Plaintiff,*<br><br>vs.<br><br>LONE STAR AMBULANCE,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-21-CV-00797-JKP |

## **ORDER**

Before the Court in the above-styled cause of action is the Motion to Intervene as of Right filed by Proposed Intervenor Rhonda Mills [#17]. Ms. Mills asks the Court to permit her to intervene in this lawsuit as of right pursuant to Federal Rule of Civil Procedure 24(a)(1). Ms. Mills filed her motion on December 27, 2021, making any response in opposition due on or before January 10, 2022. *See* W.D. Tex. Loc. R. CV-7(d)(2) (responses to motions due no later than 14 days after the filing of the motion). There was no response in opposition filed by the deadline to do so; therefore, the Court may grant the motion to intervene as unopposed. *See id.*

Rule 24 of the Federal Rules of Civil Procedure governs motions to intervene. Rule 24(a) addresses intervention as a matter of right, and Rule 24(a)(1) provides that, upon timely motion, a court "must permit" anyone to intervene who is given an "unconditional right to intervene by a federal statute." Title VII of the Civil Rights Act of 1964, in turn, states that a party who has brought a charge of discrimination to the Equal Employment Opportunity Commission (EEOC) "shall have the right to intervene in a civil action brought by the Commission." 42 U.S.C. § 2000e-5(f)(1).

Ms. Mills initiated this litigation by filing a charge of discrimination with the EEOC and therefore has an unconditional right to intervene under Title VII. (*See* Compl. [#1], at ¶ 6.) The Court finds the motion for intervention filed by Ms. Mills to be timely, as discovery has just begun and a trial date has not yet been set. The Court will therefore grant the motion to intervene and order that the proposed Complaint in Intervention be filed in this case.

**IT IS THEREFORE ORDERED** that the Motion to Intervene as of Right filed by Proposed Intervenor Rhonda Mills [#17] is **GRANTED**.

**IT IS FURTHER ORDERED** that Rhonda Mills is hereby added as an Intervenor-Plaintiff in this suit.

**IT IS FINALLY ORDERED** that the Clerk of Court docket Ms. Mills's Complaint in Intervention [#17-1] in this case.

SIGNED this 18th day of January, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE